FILED IN CLERK'S OFFICE
U.S D.C. Atlanta

NOV 0 8 2005

LUTHER D. THOMAS, Clerk
By:
    *Reed* Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,    :

    Plaintiff,    :    CRIMINAL ACTION

v.    :    1:04-CR-497-MHS

NICHOLAS CALVIN PAYNE    :

    Defendant.    :

### ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") recommending to deny defendant's motion to suppress evidence. Defendant has filed objections to the R&R. The Court has conducted a de novo review of the R&R. See 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). The Court agrees with defendant that the R&R has attributed a statement to defendant that he did not make. Accordingly, the Court rejects the R&R only with respect to the sentence, "Again he voluntarily answered, 'yes, a concealed revolver.'" R&R at 13. Instead, defendant answered that he had "a gun." Tr. at 10.

The Court concludes that the remainder of the R&R is correct and adopts it. Accordingly, the Court ADOPTS IN PART and REJECTS IN

AO 72A
(Rev.8/82)

PART the Magistrate Judge's R&R [#35] and DENIES defendant's motion to suppress evidence [#15].

IT IS SO ORDERED, this 1st day of November, 2005.

_____
Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia